NUMBER 13-02-640-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

________________________________________________________________

 

SHEIKH
M. RAFIG,                                                                Appellant,

 

                                                   v.

 

OWNERS
OF WOODLEN PLACE

APARTMENTS, ET AL.,                                                         Appellees.

________________________________________________________________

 

                  On appeal from County
Civil Court at Law No. 3

                                   of Harris County, Texas.

________________________________________________________________

 

                          MEMORANDUM OPINION

 

                 Before Justices
Rodriguez, Castillo, and Kennedy[1]

                                       Opinion
Per Curiam

 








Appellant, Sheikh
M. Rafig, perfected an appeal from a judgment entered by County Civil Court
at Law No. 3 of Harris County, Texas, in cause number 768,622.  The clerk=s record was filed on October 14, 2002.  No
reporter=s record was filed.   Appellant=s brief was due on November 13, 2002. To date, no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On November 25, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Opinion delivered and filed

this the 16th day of
January, 2003.

 

 

 











[1]Retired
Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme
Court of Texas pursuant to Tex. Gov=t Code Ann. ' 74.003 (Vernon 1998).